**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**DIVISION**

IN RE: PARAGARD IUD PRODUCTS
LIABILITY LITIGATION
This document relates to:
MARIA CONRADT

               Plaintiff,

vs.

TEVA PHARMACEAUTICALS USA,
INC., et al,
               Defendants.

MDL DOCKET NO. 2974
1:20-md-2974-LMM

CIVIL ACTION FILE

NO. 1:23-cv-05145

**J U D G M E N T**

This action having come before the court, Honorable Leigh Martin May, United

States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE** for

Plaintiff's failure to comply with lawful Orders of the Court.

Dated at Atlanta, Georgia, this 20th day of March, 2026.

               KEVIN P. WEIMER
               CLERK OF COURT


By:  s/C. Pollard
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 20, 2026
Kevin P. Weimer
Clerk of Court

By:  s/C. Pollard
     Deputy Clerk